IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and THE HARTFORD INSURANCE GROUP, INC., | |
| Plaintiffs, | C.A. No. 26-cv-392-GBW |
| v. | |
| INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, CALLAHAN CELLULAR L.L.C., ZARBANA DIGITAL FUND LLC, OL SECURITY LLC, and CUFER ASSET LTD. L.L.C., | |
| Defendants. | |

## <u>STIPULATION TO EXTEND TIME</u>

The parties hereby agree, subject to the approval of the Court, that the time for

Defendants to answer, move, or otherwise respond to the Complaint is extended to August 13,

2026.

Dated: June 29, 2026

Richards, Layton & Fingers, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Danielle I. Bell (#7367)
One Rodney Square
920 North King Street
Wilmington, DE 19801
302.651.7705
farnan@rlf.com
metzler@rlf.com
bell@rlf.com

*Attorneys for Plaintiffs Hartford Fire
Insurance Company and The Hartford
Insurance Group, Inc.*

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

2

SO ORDERED, this _____ of June, 2026.

_____

The Honorable Gregory B. Williams